FILED

07 OCT 17 AM 11: 15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'07 MJ 2479**

The person charged as __CHAVES, Raul__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Western__ District of __Washignton__ on __06/26/06__ with: __Title 21 USC 841(a)(1), 841(b)(1)(A & 846__, in violation of:

**Count 1: Conspiracy to Distribute Cocaine, Heroin and Methamphetamine**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __10/17/07__

Steve Chaco
CI -Deputy United States Marshal

Reviewed and Approved

DATE: 10/17/07

_Carol_ (signature)
Assistant United States Attorney

# United States District Court
## WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

v.

**RAUL CHAVES**

**WARRANT FOR ARREST**

UNITED STATES MARSHAL

2006 JUN 22 A 9 48

CASE NUMBER: CR06-198 RSL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**RAUL CHAVES**_____ and bring him or her forthwith to the nearest magistrate judge to answer a(n) **SUPERSEDING INDICTMENT** charging him or her with:

Count 1: **Conspiracy to Distribute Cocaine, Heroin & Methamphetamine**
21:841(a)(1), 841(b)(1)(A) & 846

____James Kelly____
Name of Issuing Officer

[signature]
Signature of Issuing Officer

()
Bail fixed at _____ by _____

____Deputy Clerk____
Title of Issuing Officer

____June 21, 2006 at Seattle, Washington____
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

## DEFENDANT ARREST WARRANT INFO SHEET (One for each defendant)

DEFENDANT'S NAME: Raul CHAVES

ALIAS: "Curio"

LAST KNOWN RESIDENCE: 4028 S. 146th Street #A-17 Tukwila, WA

LAST KNOWN EMPLOYMENT: None Known

PLACE OF BIRTH: Mexico

DATE OF BIRTH: 09-03-1981 or 09-03-1979

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'-09"            WEIGHT: 170 lbs

SEX: Male                 RACE: Hispanic

HAIR: Black               EYES: Brown

SCARS, TATTOOS,

OTHER DISTINGUISHING MARKS:

FBI NUMBER: 299150EC9

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENT: TFO Rudy Gonzales

INVESTIGATIVE AGENCY: DEA

AGENT TELEPHONE: 206-571-1266

DRUG CASES:

OCDETF CASE        xxxxxx YES        _____ NO

```
Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in The U.S.
DISTRICT COURT at Seattle, Washington.

          JUNE 21, 2006
       BRUCE RIFKIN,  Clerk
By _____ Deputy
```

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANIEL SILVA-CHAVEZ,<br>    a/k/a "Danny," "Manuel," "Meno," "Jopita,"<br>ALEJANDRO MESINAS TORRES, a/k/a "Primo,"<br>ANGEL SALMORAN-SANCHEZ,<br>    a/k/a "Rene," "Pelon,"<br>JORGE PULIDO-MORA, a/k/a "El Ruco,"<br>JOSE ESTRADA CISNEROS, a/k/a "Cundo,"<br>JESUS PEREZ-URIBE,<br>    a/k/a Roman Enrique Hernandez,<br>EULALIO LEMUS-MONTELONGO, a/k/a "Lalo,"<br>PEDRO CUELLAR-GARCIA,<br>    a/k/a "El Ruco," Salvador Alvarez,<br>ARMANDO SALDANA PONCE,<br>    a/k/a "San Luis," Armando Ponce-Sadora,<br>OSCAR SALOME-URIAGA,<br>    a/k/a "Oaxaca," Abel Diaz-Chavez,<br>MIGUEL GARCIA-RAMIREZ, a/k/a "Zacatecas,"<br>UBALDO PEREYRA-GONZALEZ, a/k/a "Carlos,"<br>JUAN J. SEPULVEDA RENTERIA,<br>    a/k/a "Loco Loco," "Loco,"<br>GABRIEL SILVA-CHAVEZ,<br>    a/k/a "Gabby," "Tin-Tin," "Pelon,"<br>VENANCIO ROMERO-BASURTO,<br>JOSE FRANCISCO SILVA-CHAVEZ, a/k/a "Curio,"<br>JOSE MANUEL NAMBO-SILVA,<br>RAUL CHAVES,<br>BRAULIO SANCHEZ-TORRES,<br>    a/k/a "Abuela," "Anthony,"<br>JORGE ALCARAS, a/k/a Jhony Alejandro Torres,<br>    "Johnny," "Juanito,"<br>MAURICIO ROSALES-GONZALEZ,<br>    a/k/a Chaparro," Edmundo Ramos-Ruiz,<br>JOSE EDUARDO-LOPEZ,<br>IGNACIO DIAZ-CHAVEZ,<br>LIONEL GOMEZ-VASQUEZ, a/k/a "Flaco," and<br>VICENTE PEREYRA-GONZALEZ,<br><br>                Defendants. | NO. CR06-198RSL<br><br>SUPERSEDING<br>INDICTMENT |

SUPERSEDING INDICTMENT
United States v. Daniel Silva-Chavez, et al. - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

THE GRAND JURY CHARGES THAT:

## COUNT 1

(Conspiracy to Distribute Cocaine, Heroin, and Methamphetamine)

Beginning in or before 2004, and continuing through and including June 2006, at King County, in the Western District of Washington, and elsewhere, DANIEL SILVA-CHAVEZ, a/k/a "Danny," "Manuel," "Meno," "Jopita," ANGEL SALMORAN-SANCHEZ, a/k/a "Rene," "Pelon," ALEJANDRO MESINAS TORRES, a/k/a "Primo," JORGE PULIDO-MORA, a/k/a "El Ruco," JOSE ESTRADA CISNEROS, a/k/a "Cundo," JESUS PEREZ-URIBE, a/k/a Roman Enrique Hernandez, EULALIO LEMUS-MONTELONGO, a/k/a "Lalo," PEDRO CUELLAR-GARCIA, a/k/a "El Ruco," Salvador Alvarez, ARMANDO SALDANA PONCE, a/k/a "San Luis," Armando Ponce-Sadora, MIGUEL GARCIA-RAMIREZ, a/k/a "Zacatecas," OSCAR SALOME-URIAGA, a/k/a "Oaxaca," Abel Diaz-Chavez, UBALDO PEREYRA-GONZALEZ, a/k/a "Carlos," JUAN J. SEPULVEDA RENTERIA, a/k/a "Loco Loco," "Loco," LIONEL GOMEZ-VASQUEZ, a/k/a "Flaco," GABRIEL SILVA-CHAVEZ, a/k/a "Gabby," "Tin-Tin," "Pelon," VENANCIO ROMERO-BASURTO, JOSE FRANCISCO SILVA-CHAVEZ, a/k/a "Curio," RAUL CHAVES, JOSE MANUEL NAMBO-SILVA, BRAULIO SANCHEZ-TORRES, a/k/a "Abuela," "Anthony," JORGE ALCARAS, a/k/a Jhony Alejandro Torres, "Johnny," "Juanito," MAURICIO ROSALES-GONZALEZ, a/k/a Chaparro," Edmundo Ramos-Ruiz, JOSE EDUARDO-LOPEZ, IGNACIO DIAZ-CHAVEZ, VICENTE PEREYRA-GONZALEZ, and other persons known and unknown to the Grand Jury, knowingly and intentionally conspired to distribute controlled substances.

A.  **Objects of the Conspiracy.**

The objects of the conspiracy included, among other things: (i) The distribution of cocaine, a substance controlled under Schedule II of Title 21, United States Code, Section 812; (ii) the distribution of heroin, a substance controlled under Schedule I of Title 21, United States Code, Section 812; and (iii) the distribution of methamphetamine, a substance controlled under Schedule II of Title 21, United States Code, Section 812.

SUPERSEDING INDICTMENT
United States v. Daniel Silva-Chavez, et al. - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

B. **Manner and Means of the Conspiracy.**

1. It was part of the conspiracy that the defendants and other coconspirators distributed cocaine, heroin, and methamphetamine in the greater Seattle area and other locations in Western Washington.

2. It was further part of the conspiracy that the defendants "fronted" controlled substances to each other; that is, the defendants provided controlled substances to other members of the conspiracy without payment, with the understanding that the controlled substances would be redistributed, and that payment would be made with the proceeds of the transactions.

3. It was further part of the conspiracy that the defendants warned each other about law enforcement actions, such as physical surveillance, arrests of coconspirators, searches of vehicles, and seizures of controlled substances; and that the defendants counseled each other regarding how they should react to law enforcement actions.

4. It was further part of the conspiracy that the defendants advised each other about when shipments of controlled substances would be available for distribution, including when controlled substances would be transported from Mexico and California to Western Washington.

5. It was further part of the conspiracy that the defendants referred to each other by aliases, and used code words when discussing controlled substances and money.

6. It was further part of the conspiracy that the defendants possessed firearms and ammunition for their own protection, and to protect their cash and controlled substances.

C. **Roles of the Defendants in the Conspiracy.**

1. DANIEL SILVA-CHAVEZ distributed cocaine, heroin, and methamphetamine. He obtained controlled substances for redistribution from certain members of the conspiracy, and redistributed the controlled substances to other members of the conspiracy, as further described below.

//
//

SUPERSEDING INDICTMENT
United States v. Daniel Silva-Chavez, et al. - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. **GABRIEL SILVA-CHAVEZ, VENANCIO ROMERO-BASURTO, JOSE FRANCISCO SILVA-CHAVEZ, JOSE MANUEL NAMBO-SILVA**, and **RAUL CHAVES** distributed cocaine, heroin, and methamphetamine under the direction of DANIEL SILVA-CHAVEZ. Among other things, they delivered controlled substances to customers, and they maintained "stash houses" where DANIEL SILVA-CHAVEZ stored controlled substances and conducted drug transactions.

3. **ALEJANDRO MESINAS TORRES** supplied cocaine to other members of the conspiracy, including ANGEL SALMORAN-SANCHEZ, knowing that it would be redistributed to other persons, including DANIEL SILVA-CHAVEZ. TORRES also distributed heroin, and on occasion he obtained heroin for redistribution from SALMORAN-SANCHEZ.

4. **MAURICIO ROSALES-GONZALEZ** and **JOSE EDUARDO-LOPEZ** distributed cocaine and heroin under the direction of ALEJANDRO MESINAS TORRES. Among other things, they delivered cocaine and heroin to customers, including DANIEL SILVA-CHAVEZ. They also collected payments from customers, and assisted TORRES in storing and maintaining controlled substances at their shared residence.

5. **ANGEL SALMORAN-SANCHEZ** supplied cocaine to other members of the conspiracy, including DANIEL SILVA-CHAVEZ, knowing that it would be redistributed to other persons, including ARMANDO SALDANA PONCE and MIGUEL GARCIA-RAMIREZ. SALMORAN-SANCHEZ also distributed heroin, and on occasion he obtained heroin for redistribution from DANIEL SILVA-CHAVEZ.

6. **JORGE PULIDO-MORA** supplied heroin and methamphetamine to other members of the conspiracy, including DANIEL SILVA-CHAVEZ, knowing that it would be redistributed to other persons. PULIDO-MORA also arranged for shipments of heroin and methamphetamine to be imported from Mexico, and transported from California to Western Washington.

7. **BRAULIO SANCHEZ-TORRES** distributed heroin and methamphetamine under the direction of JORGE PULIDO-MORA. Among other things, he delivered

SUPERSEDING INDICTMENT
United States v. Daniel Silva-Chavez, et al. - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

controlled substances to customers, and he stored controlled substances for PULIDO-MORA. SANCHEZ-TORRES also manufactured, and attempted to manufacture, heroin and methamphetamine under the direction of PULIDO-MORA.

8. **JORGE ALCARAS** distributed heroin and methamphetamine under the direction of JORGE PULIDO-MORA. ALCARAS also manufactured, and attempted to manufacture, heroin and methamphetamine under the direction of PULIDO-MORA.

9. **EULALIO LEMUS-MONTELONGO** distributed methamphetamine and heroin in connection with, and under the direction of, JORGE PULIDO-MORA. LEMUS-MONTELONGO distributed controlled substances to other members of the conspiracy, including DANIEL SILVA-CHAVEZ, knowing that the controlled substances would be redistributed to other persons. LEMUS-MONTELONGO often conducted drug transactions at the Abarrotes Leslie, a money remittor business he owns.

10. **JOSE ESTRADA CISNEROS** supplied heroin to other members of the conspiracy, including DANIEL SILVA-CHAVEZ, knowing that it would be redistributed to other persons, including OSCAR SALOME-URIAGA.

11. **JUAN J. SEPULVEDA RENTERIA** supplied heroin to other members of the conspiracy, including DANIEL SILVA-CHAVEZ, knowing that it would be redistributed to other persons, including OSCAR SALOME-URIAGA.

12. **JESUS PEREZ-URIBE** supplied methamphetamine to other members of the conspiracy, including DANIEL SILVA-CHAVEZ, knowing that it would be redistributed to other persons. PEREZ-URIBE also distributed cocaine, and on occasion he obtained cocaine for redistribution from DANIEL SILVA-CHAVEZ.

13. **PEDRO CUELLAR-GARCIA** supplied methamphetamine to other members of the conspiracy, including UBALDO PEREYRA-GONZALEZ, knowing that it would be redistributed to other persons. CUELLAR-GARCIA also distributed cocaine and cocaine base.

14. **ARMANDO SALDANA PONCE** obtained cocaine for redistribution from DANIEL SILVA-CHAVEZ.

SUPERSEDING INDICTMENT
United States v. Daniel Silva-Chavez, et al. - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

15. **MIGUEL GARCIA-RAMIREZ** obtained cocaine for redistribution from DANIEL SILVA-CHAVEZ.

16. **OSCAR SALOME-URIAGA** obtained heroin for redistribution from DANIEL SILVA-CHAVEZ. He also distributed cocaine.

17. **IGNACIO DIAZ-CHAVEZ** distributed heroin and cocaine in connection with OSCAR SALOME-URIAGA. Among other things, he obtained controlled substances from suppliers, including DANIEL SILVA-CHAVEZ, and he assisted OSCAR SALOME-URIAGA in storing and maintaining controlled substances at their shared residence.

18. **UBALDO PEREYRA-GONZALEZ** obtained heroin and methamphetamine for redistribution from DANIEL SILVA-CHAVEZ, and methamphetamine for redistribution from PEDRO CUELLAR-GARCIA. He also distributed cocaine.

19. **VICENTE PEREYRA-GONZALEZ** distributed cocaine, heroin, and methamphetamine under the direction of UBALDO PEREYRA-GONZALEZ. Among other things, he assisted UBALDO PEREYRA-GONZALEZ in storing and maintaining controlled substances at their shared residence.

20. **LIONEL GOMEZ-VASQUEZ** obtained cocaine and heroin for redistribution from ANGEL SALMORAN-SANCHEZ.

D. **Overt Acts in Furtherance of the Conspiracy.**

During and in furtherance of the conspiracy, one or more of the conspirators committed one or more of the following overt acts, among other overt acts:

1. On or before February 1, 2005, PEDRO CUELLAR-GARCIA distributed 27 grams of methamphetamine (96% pure) to UBALDO PEREYRA-GONZALEZ, who redistributed the methamphetamine to a confidential informant on or about February 1, 2005.

2. On or about February 16, 2005, DANIEL SILVA-CHAVEZ distributed approximately 50 grams of heroin to UBALDO PEREYRA-GONZALEZ, who redistributed the heroin to a confidential informant.

3. On or about February 16, 2005, UBALDO PEREYRA-GONZALEZ distributed a "sample" of one gram of methamphetamine to a confidential informant.

SUPERSEDING INDICTMENT
United States v. Daniel Silva-Chavez, et al. - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. On or about March 9, 2005, PEDRO CUELLAR-GARCIA distributed 111 grams of methamphetamine (78% pure) to UBALDO PEREYRA-GONZALEZ, who redistributed the methamphetamine to a confidential informant.

5. On or about March 9, 2005, DANIEL SILVA-CHAVEZ distributed 248 grams of heroin to UBALDO PEREYRA-GONZALEZ, who redistributed the heroin to a confidential informant.

6. On or about April 11, 2005, GABRIEL SILVA-CHAVEZ, at the direction of DANIEL SILVA-CHAVEZ, retrieved 123 grams of heroin and delivered it to DANIEL SILVA-CHAVEZ at his residence. Later that day, DANIEL SILVA-CHAVEZ distributed the heroin to UBALDO PEREYRA-GONZALEZ, who redistributed it to a confidential informant.

7. On or about April 11, 2005, RAUL CHAVES and JOSE FRANCISCO SILVA-CHAVEZ, at the direction of DANIEL SILVA-CHAVEZ, retrieved a scale and delivered it DANIEL SILVA-CHAVEZ at his residence. In their presence, DANIEL SILVA-CHAVEZ weighed 194 grams of methamphetamine (97% pure), and distributed it to UBALDO PEREYRA-GONZALEZ and a confidential informant.

8. On or about June 13, 2005, UBALDO PEREYRA-GONZALEZ distributed a "sample" of one gram of methamphetamine (96% pure) to a confidential informant.

9. On or about June 14, 2005, UBALDO PEREYRA-GONZALEZ distributed 28 grams of methamphetamine (69% pure) to a confidential informant.

10. On or about June 14, 2005, GABRIEL SILVA-CHAVEZ, at the direction of DANIEL SILVA-CHAVEZ, retrieved 175 grams of heroin and delivered it to DANIEL SILVA-CHAVEZ, who distributed the heroin to a confidential informant.

11. On or about July 19, 2005, JORGE PULIDO-MORA distributed 218 grams of methamphetamine (82% pure) to DANIEL SILVA-CHAVEZ, who redistributed the methamphetamine to a confidential informant.

12. On or about July 19, 2005, GABRIEL SILVA-CHAVEZ, at the direction of DANIEL SILVA-CHAVEZ, retrieved 37 grams of heroin and delivered it to DANIEL SILVA-CHAVEZ, who distributed the heroin to a confidential informant.

13. On or about August 16, 2005, JORGE PULIDO-MORA distributed 211 grams of methamphetamine (67% pure) to DANIEL SILVA-CHAVEZ, who redistributed the methamphetamine to a confidential informant.

14. On or about August 16, 2005, DANIEL SILVA-CHAVEZ distributed approximately 40 grams of heroin to a confidential informant.

15. On or about August 31, 2005, JESUS PEREZ-URIBE distributed 220 grams of methamphetamine (92% pure) to DANIEL SILVA-CHAVEZ, who redistributed the methamphetamine to a confidential informant.

SUPERSEDING INDICTMENT
United States v. Daniel Silva-Chavez, et al. - 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

16. On or about August 31, 2005, JOSE FRANCISCO SILVA-CHAVEZ, at the direction of DANIEL SILVA-CHAVEZ, distributed 38 grams of heroin to a confidential informant, in the presence of DANIEL SILVA-CHAVEZ.

17. On or about October 18, 2005, JOSE MANUEL NAMBO-SILVA, at the direction of DANIEL SILVA-CHAVEZ, distributed 164 grams of heroin to a confidential informant.

18. On or about October 24, 2005, JESUS PEREZ arranged the delivery of 222 grams of methamphetamine (94% pure) to DANIEL SILVA-CHAVEZ, who redistributed the methamphetamine to a confidential informant.

19. On or about November 15, 2005, RAUL CHAVES, at the direction of DANIEL SILVA-CHAVEZ, distributed 25 grams of heroin to a confidential informant. During this transaction, GABRIEL SILVA-CHAVEZ acted as a "lookout."

20. On or about January 23, 2006, BRAULIO SANCHEZ-TORRES, at the direction of JORGE PULIDO-MORA, delivered 42 grams of high-purity heroin to DANIEL SILVA-CHAVEZ, who redistributed the heroin to a confidential informant.

21. On or about February 21, 2006, UBALDO PEREYRA-GONZALEZ distributed 27 grams of methamphetamine (40% pure) to a confidential informant.

22. On or about April 13, 2006, during a telephone conversation, JESUS PEREZ-URIBE ordered a quantity of cocaine from DANIEL SILVA-CHAVEZ. The following day, DANIEL SILVA-CHAVEZ arranged for the cocaine to be delivered to PEREZ-URIBE. On or about April 17, 2006, PEREZ-URIBE met with DANIEL SILVA-CHAVEZ for the purpose of exchanging the cocaine for better quality product.

23. On or about May 11, 2006, ANGEL SALMORAN-SANCHEZ distributed 27 grams of cocaine to LIONEL GOMEZ-VASQUEZ and an unindicted coconspirator. Law enforcement officers subsequently discovered and seized the cocaine from GOMEZ-VASQUEZ and the unindicted coconspirator.

24. On or about May 16, 2006, ALEJANDRO MESINAS TORRES distributed approximately seven kilograms of cocaine to Jose Luis Campos. Law enforcement officers subsequently discovered and seized the cocaine from Campos and two coconspirators.

25. On or about May 27, 2006, at the direction of JORGE PULIDO-MORA, JORGE ALCARAS took possession of a quantity of high-purity heroin, and attempted to complete the manufacturing process so that it could be distributed.

26. On or about June 3, 2006, EULALIO LEMUS-MONTELONGO distributed a "sample" of 28 grams of methamphetamine (45% pure) to a confidential informant.

27. On or about June 4, 2006, JUAN J. SEPULVEDA RENTERIA distributed a "sample" of 25 grams of heroin to a confidential informant.

SUPERSEDING INDICTMENT
United States v. Daniel Silva-Chavez, et al. - 8

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

28. On or about June 5, 2006, EULALIO LEMUS-MONTELONGO distributed 167 grams of methamphetamine (97% pure) to a confidential informant.

29. Between March 2006, and June 2006, during several telephone conversations, JORGE PULIDO-MORA directed BRAULIO SANCHEZ-TORRES and JORGE ALCARAS to take actions in furtherance of the distribution and manufacture of heroin and methamphetamine, including directing them to deliver heroin and methamphetamine to customers, directing them to collect money from customers, and providing them with instructions on how to manufacture, or "cook," the controlled substances.

30. Between March 2006, and June 2006, during multiple telephone conversations, JORGE PULIDO-MORA and EULALIO LEMUS-MONTELONGO discussed the importation and distribution of methamphetamine and heroin.

31. Between March 2006, and June 2006, during several telephone conversations, ANGEL SALMORAN-SANCHEZ ordered quantities of cocaine from ALEJANDRO MESINAS TORRES, who subsequently distributed the cocaine to SALMORAN-SANCHEZ on several occasions.

32. Between March 2006, and June 2006, during several telephone conversations, DANIEL SILVA-CHAVEZ ordered quantities of cocaine from ANGEL SALMORAN-SANCHEZ, who subsequently distributed the cocaine to DANIEL SILVA-CHAVEZ on several occasions.

33. Between March 2006, and June 2006, during several telephone conversations, ARMANDO SALDANA PONCE ordered quantities of cocaine from DANIEL SILVA-CHAVEZ, who subsequently distributed the cocaine to PONCE on several occasions.

34. Between March 2006, and June 2006, during several telephone conversations, MIGUEL GARCIA-RAMIREZ ordered quantities of cocaine from DANIEL SILVA-CHAVEZ, who subsequently distributed the cocaine to GARCIA-RAMIREZ on several occasions.

35. Between March 2006, and June 2006, during several telephone conversations, DANIEL SILVA-CHAVEZ ordered quantities of heroin from JOSE ESTRADA CISNEROS, who subsequently distributed the heroin to DANIEL SILVA-CHAVEZ on several occasions.

36. Between March 2006, and June 2006, during several telephone conversations, DANIEL SILVA-CHAVEZ ordered quantities of heroin from JUAN J. SEPULVEDA RENTERIA, who subsequently distributed the heroin to DANIEL SILVA-CHAVEZ on several occasions.

37. Between March 2006, and June 2006, during several telephone conversations, OSCAR SALOME-URIAGA ordered quantities of heroin from DANIEL SILVA-CHAVEZ, who subsequently distributed the heroin to SALOME-URIAGA and IGNACIO DIAZ-CHAVEZ on several occasions.

38. Between March 2006, and June 2006, during several telephone conversations, LIONEL GOMEZ-VASQUEZ ordered quantities of cocaine and heroin from ANGEL SALMORAN-SANCHEZ, who subsequently distributed the cocaine and heroin to GOMEZ-VASQUEZ on several occasions.

SUPERSEDING INDICTMENT
United States v. Daniel Silva-Chavez, et al. - 9

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

39. Between March 2006, and June 2006, during multiple telephone conversations, DANIEL SILVA-CHAVEZ discussed purchasing quantities of heroin and methamphetamine from JORGE PULIDO-MORA.

40. Between March 2006, and June 2006, during numerous telephone conversations, DANIEL SILVA-CHAVEZ directed GABRIEL SILVA-CHAVEZ, JOSE FRANCISCO SILVA-CHAVEZ, and VENANCIO ROMERO-BASURTO to deliver heroin, cocaine, and methamphetamine to customers. After the phone calls, they distributed the controlled substances.

41. On or about June 8, 2006, DANIEL SILVA-CHAVEZ possessed at his residence a Smith & Wesson .40 caliber pistol, one box of .40 caliber ammunition, one box of .32 caliber ammunition, and $5,842 cash; and DANIEL SILVA-CHAVEZ possessed at his "stash" apartment approximately 330 grams of cocaine, 711 grams of heroin, a .22 caliber revolver, several rounds of .22 caliber ammunition, and $4,387 cash.

42. On or about June 8, 2006, ALEJANDRO MESINAS TORRES, MAURICIO ROSALES-GONZALEZ, and JOSE EDUARDO-LOPEZ possessed at their residence approximately 126 grams of heroin, 390 grams of cocaine, $130,895 cash, a .380 caliber automatic pistol, a SKS assault rifle, a .22 caliber pistol, and one box of .380 ammunition.

43. On or about June 8, 2006, PEDRO CUELLAR-GARCIA possessed at his residence approximately 2,592 grams of cocaine, 425 grams of cocaine base, and $2,244 cash.

44. On or about June 8, 2006, EULALIO LEMUS-MONTELONGO possessed at his residence approximately 515 grams of methamphetamine, 32 grams of cocaine, and $7,604 cash.

45. On or about June 8, 2006, OSCAR SALOME-URIAGA and IGNACIO DIAZ-CHAVEZ possessed at their residence approximately 1,223 grams of heroin, 1,396 grams of cocaine, and $43,461 cash; and they possessed in their vehicle 297 grams of heroin, 157 grams of cocaine, and $16,000 cash.

46. On or about June 8, 2006, ARMANDO SALDANA PONCE possessed at his residence approximately 450 grams of cocaine and $11,500 cash.

47. On or about June 8, 2006, MIGUEL GARCIA-RAMIREZ possessed at his residence approximately 50 grams of cocaine and $860 cash.

48. On or about June 8, 2006, JOSE MANUEL NAMBO-SILVA possessed at his residence approximately 155 grams of methamphetamine, 39 grams of cocaine, a Ruger GT .357 revolver, a Charter Arms .44 caliber revolver, one box of .357 ammunition, and $1,072 cash.

49. On or about June 8, 2006, UBALDO PEREYRA-GONZALEZ and VICENTE PEREYRA-GONZALEZ possessed at their residence a loaded pistol-grip shotgun, approximately 573 grams of heroin, 228 grams of methamphetamine, 123 grams of cocaine, a loaded 9 mm pistol, a .25 caliber semi-automatic pistol, and $542 cash.

50. On or about June 8, 2006, LIONEL GOMEZ-VASQUEZ possessed at his residence approximately 84 grams of cocaine.

SUPERSEDING INDICTMENT
United States v. Daniel Silva-Chavez, et al. - 10

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

E. **Drug Quantities Involved in the Conspiracy.**

1. The grand jury alleges that this offense involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine.

2. The grand jury further alleges that this offense involved one kilogram or more of a mixture or substance containing a detectable amount of heroin.

3. The grand jury further alleges that this offense involved 50 grams or more of actual (pure) methamphetamine, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

## CRIMINAL FORFEITURE

Pursuant to Title 21, United States Code, Section 853, the Grand Jury alleges that as a result of the felony offense charged in Count 1 above, which is punishable by imprisonment for more than one year, DANIEL SILVA-CHAVEZ, a/k/a "Danny," "Manuel," "Meno," "Jopita," ANGEL SALMORAN-SANCHEZ, a/k/a "Rene," "Pelon," ALEJANDRO MESINAS TORRES, a/k/a "Primo," JORGE PULIDO-MORA, a/k/a "El Ruco," JOSE ESTRADA CISNEROS, a/k/a "Cundo," JESUS PEREZ-URIBE, a/k/a Roman Enrique Hernandez, EULALIO LEMUS-MONTELONGO, a/k/a "Lalo," PEDRO CUELLAR-GARCIA, a/k/a "El Ruco," Salvador Alvarez, ARMANDO SALDANA PONCE, a/k/a "San Luis," Armando Ponce-Sadora, MIGUEL GARCIA-RAMIREZ, a/k/a "Zacatecas," OSCAR SALOME-URIAGA, a/k/a "Oaxaca," Abel Diaz-Chavez, UBALDO PEREYRA-GONZALEZ, a/k/a "Carlos," JUAN J. SEPULVEDA RENTERIA, a/k/a "Loco Loco," "Loco," LIONEL GOMEZ-VASQUEZ, a/k/a "Flaco," GABRIEL SILVA-CHAVEZ, a/k/a "Gabby," "Tin-Tin," "Pelon," VENANCIO ROMERO-BASURTO, JOSE FRANCISCO SILVA-CHAVEZ, a/k/a "Curio," RAUL CHAVES, JOSE MANUEL NAMBO-SILVA, BRAULIO SANCHEZ-TORRES, a/k/a "Abuela," "Anthony," JORGE ALCARAS, a/k/a Jhony Alejandro Torres, "Johnny," "Juanito," MAURICIO ROSALES-GONZALEZ, a/k/a Chaparro," Edmundo Ramos-

SUPERSEDING INDICTMENT
United States v. Daniel Silva-Chavez, et al. - 11

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Ruiz, JOSE EDUARDO-LOPEZ, IGNACIO DIAZ-CHAVEZ, and VICENTE PEREYRA-
2  GONZALEZ shall forfeit to the United States of America any and all interest in property,
3  real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly,
4  as the result of said criminal offenses, and shall further forfeit any and all interest in
5  property, used or intended to be used, in any manner or part to commit, and to facilitate the
6  commission of such felony offenses.
7       If any forfeitable property, as a result of any act or omission of any defendant cannot
8  be located upon the exercise of due diligence, has been transferred or sold to, or deposited
9  with, a third person, has been placed beyond the jurisdiction of the Court, has been
10 substantially diminished in value, or has been commingled with other property which
11 cannot be subdivided without difficulty, it is the intent of the United States,
12 pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any
13 property of any defendant up to the value of the forfeitable properties.

A TRUE BILL

DATED: June 21, 2006

Signature of Foreperson redacted
pursuant to the policy of the
Judicial Conference of the United States.

JOHN McKAY
UNITED STATES ATTORNEY

DOUGLAS B. WHALLEY
ASSISTANT UNITED STATES ATTORNEY

TODD GREENBERG
ASSISTANT UNITED STATES ATTORNEY

SUPERSEDING INDICTMENT
United States v. Daniel Silva-Chavez, et al. - 13