Minutes of the United States District Court
Southern District of California
October 30, 2007

HON. **WILLIAM MCCURINE, JR.**          DEPUTY CLERK: **R. BRESSI**

TAPE NO. WMC07-2:47-3:17

07MJ2479-WMC        USA        vs.        RAUL CHAVES (1)(C)

ID/REMOVAL HRG

FD BY SHAFFY MOEEL

AUSA: JEFF MOORE

ID HEARING HELD;
GOVT CALLS DEPUTY USM STEPHEN CHACO CALLED, SWORN AND TESTIFIED
GOVT'S EXHIBITS 1, 2, 3, 4 AND 5 MARKED AND RECEIVED
COURT FINDS THE DEFENDANT TO BE RAUL CHAVES
COURT ORDERS DFT REMOVED TO THE DISTRICT OF WASHINGTON
WARRANT OF REMOVAL ISSUED TO USM

BOND HEARING SET FOR 11/1/07 AT 9:30 BEFORE MAGISTRATE JUDGE MCCURINE

20 MIN